### CLARK et al. v. BOARD OF COM'RS OF TULSA COUNTY et al.

No. 14376—Opinion Filed Dec. 2, 1924.

Commissioners' Opinion, Division No. 4.

Error from District Court, Tulsa County.

Action between J. R. Clark et al. and the Board of County Commissioners of Tulsa County et al. From the judgment, the former appeal. Affirmed.

Louis W. Pratt, for plaintiffs in error.

Jno. M. Goldesberry, for defendants in error.

PER CURIAM. This case is controlled by Levine et ux. v. Allen et al., 96 Okla. 252,

221 Pac. 771. Upon the authority of that case, and according to the stipulation of the parties, it is recommended that this cause be affirmed.

By the Court: It is so ordered.